UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSUE PAGUADA, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>- against -<br><br>TRANSOM SYMPHONY OPCO, LLC,<br><br>                      Defendant. | **ORDER OF REFERENCE<br>TO A MAGISTRATE JUDGE**<br><br>22 Civ. 832 (PGG) (JLC) |

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter scheduled for May 4, 2022 is adjourned sine die.

Dated: New York, New York
       April 14, 2022

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge